

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| SPN/MKM/KDE<br>F. #2015R00707 | *271 Cadman Plaza East*<br>*Brooklyn, New York 11201* |

November 20, 2018

By ECF, Email and Hand

The Honorable Pamela K. Chen
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Eduardo Li
     Criminal Docket No. 15-252 (S-1) (PKC)

Dear Judge Chen:

  The government respectfully writes in reference to the transcript of defendant Eduardo Li's sentencing on November 13, 2018, which the Court sealed pending an application by the government to publicly release a redacted version of the transcript. The government hereby requests that the transcript be unsealed with the redactions proposed in the attachment hereto. The government respectfully submits that the proposed, limited redactions are necessary for the reasons set forth on the record during the November 13, 2018 sentencing. The government has conferred with counsel for defendant Li, who has

The Honorable Pamela K. Chen
November 20, 2018
Page 2

no objection to the unsealing of the transcript with the proposed redactions. If the Court grants the government's request, the government will publicly file the redacted version of the transcript on ECF.

                        Respectfully submitted,

                        RICHARD P. DONOGHUE
                        United States Attorney

By:   /s/_____
       Samuel P. Nitze
       M. Kristin Mace
       Keith D. Edelman
       Assistant U.S. Attorneys
       718-254-7000

Encl. (by E-mail and Hand)

cc:    Clerk of Court (PKC) (by ECF)
       Defense Counsel (by ECF)