# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF NEW YORK



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR -7 2019 ★
BROOKLYN OFFICE

---------------------------------------------------------------X

**UNITED STATES OF AMERICA,**

                         Plaintiff,

   - against -

**EDUARDO LI,**

                         Defendant.

**NOTICE OF APPEAL**

15 Cr. 00252  (PKC)

---------------------------------------------------------------X

Notice is hereby given that Eduardo Li hereby appeals to the United States Court of Appeals for the Second Circuit from the decision of the District Court imposing restitution on Eduardo Li, which Restitution Order was entered in this action on the 24th day of February, 2019.

 

*[signature]*

**Samuel Rosenthal (SR-9717)**
NELSON MULLINS SCARBOROUGH
& RILEY, LLP
280 Park Ave.,
New York, New York 10017
(202) 689-2915
Sam.Rosenthal@nelsonmullins.com

*Attorneys for Eduardo Li*

March 6, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA

                          Plaintiff,                  Affirmation of Service

     -against-

EDUARDO LI

                                                    15  CR 00252  ( PKC )

                        Defendant.
--------------------------------------------------------X

I, Samuel Rosenthal , declare under penalty of perjury that I have served a copy of the attached Notice of Appeal

upon All Counsel

whose address is: VIA ECF

Dated: 3/6/19
      New York , New York

/S/
_____
Signature

Nelson Mullins, 280 Park Ave, 15th Fl West
Address

New York, NY 10017
City, State, Zip Code

Affirmation of Service (USDC-EDNY) - January 2003

```
&%RPDUPLICATE

Court Name: Eastern District of New York
Division: 1
Receipt Number: 4653137783
Cashier ID: smejia
Transaction Date: 03/07/2019
Payer Name: NELSON MULLINS RILEY
--------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: NELSON MULLINS RILEY
 Case/Party: D-NYE-1-CR-15-000252-002
 Amount:         $505.00
--------------------------------
PAPER CHECK CONVERSION
 Amt Tendered:  $505.00
--------------------------------
Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00
```