IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>EDUARDO LI, et al. | Case No. 1:15-CR-252-PKC-RML-2<br>Judge Pamela K. Chen |

FILED
U.S. IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 24 2019 ★
BROOKLYN OFFICE

### ORDER EXONERATING BOND AND DIRECTING RELEASE OF FUNDS

WHEREAS, bail in this case was ordered by the Hon. Raymond J. Dearie, U.S.D.J., on March 11, 2016 to require Mr. Li to post a $5 million bond secured by real estate and cash in the amount of $300,000 (Dkt. No. 253);

WHEREAS, on November 13, 2018, the Hon. Pamela K. Chen, U.S.D.J. sentenced Mr. Li to time served and two years of supervised release, and also ordered that he pay a special assessment of $300; (Dkt. No. 1131); and

WHEREAS the Court entered an Order on November 15, 2018 exonerating the bond, with the exception of cash posted with the Clerk of the Court;

WHEREAS, on February 24, 2019, the Court imposed an order of restitution, and further, required that Mr. Li make a first payment of $15,000, or 10% of his salary, whichever is greater, to satisfy any restitution obligation existing at that time, with the first payment to be made in November, 2019 (Dkt. No. 1209);

WHEREAS, after payment of any order of forfeiture, there is $120,842 remaining in cash securing the bond, reflecting some accrual of interest;

WHEREAS, Mr. Li has fully complied with the terms of his bond, and will have paid his forfeiture obligation in full based on an Order allowing cash bond to be used for such purposes; and

WHEREAS, the government consents to the exoneration of Mr. Li's bond on the following terms and conditions; $15,000 is to be paid to the Clerk of the District Court in payment of the fine imposed by the Court at sentencing; $300 is to be paid to the Clerk of the Court to satisfy the special assessment imposed by the Court at sentencing; and $15,000 is to be paid to the Clerk of the Court to be held in escrow pending any requirement, as determined by the Court at that time, as to the amount of restitution to be paid in November, 2019; accordingly,

IT IS HEREBY ORDERED, upon the application of counsel for Mr. Li that Mr. Li's bond in this matter is hereby exonerated, the funds released as directed herein, and all suretors on Mr. Li's bond are released from any liability in connection with said bond; and

IT IS FURTHER ORDERED, that the Clerk of the United States District Court for the Eastern District of New York. is directed to distribute the funds securing the bond as follows:

- $179,263 to be released to the U.S. Marshals Service to satisfy part of the remaining forfeiture obligation
- $300 to pay the special assessment;
- $15,000 to pay the fine;
- $15,000 to be held in escrow toward any restitution obligation in November, 2019;
- Distribution by check in the amount of $90,542 payable to Nelson Mullins, Riley & Scarborough, as counsel for Mr. Li.

Dated: New York. New York
April 24, 2019

SO ODERED

s/PKC

_____
The Honorable Pamela K. Chen
U.S. District Judge
Eastern District of New York