Case 1:15-cr-00252-PKC-RML   Document 1463   Filed 12/09/20   Page 1 of 2 PageID #: 25645

Received on 12/10/2020 by the Clerk's Office-S.M
12/09/20
9:00 a.m.



# NELSON MULLINS

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AND COUNSELORS AT LAW

Samuel Rosenthal
T: (202) 689-2915
sam.rosenthal@nelsonmullins.com

101 Constitution Ave, NW, Suite 900
Washington, DC 20001
T: 202.689.2800  F: 202.689.2860
nelsonmullins.com

December 7, 2020

**Via FedEx**

Clerk of the Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   **SECOND REQUEST - United States v. Eduardo Li, et al.; Case No.: 1:15-cr 00252-PKC-RML-2**

Dear Sir or Madam:

    This firm represents Eduardo Li, the Defendant in the above-referenced matter. This is our second request for these materials. We are writing to request the Clerk's Office's assistance in retrieving certified copies of court records in Mr. Li's case for the purpose of filing those documents in a foreign court. We will be seeking an Apostille to file these documents in the Court in Costa Rica.

The seven documents we would like to request certified copies of are as follows:

- Presentence Investigation Report, dated October 12, 2018;
- Addendum to Presentence Report, dated November 6, 2018;
- Sentencing Memorandum by USA, dated November 9, 2018 (ECF Docket No. 1076);
- Sentencing Memorandum Supplement by USA, dated November 9, 2018 (ECF Docket No. 1077);
- Sentencing Transcript, dated November 13, 2018 (ECF Docket No. 1091-1);
- Guilty Plea Transcript, dated October 7, 2016 (ECF Docket No. 468); and
- Restitution Order dated February 24, 2019 (ECF Docket No. 1209).

    For your convenience, we have attached a printed docket sheet with the requested items highlighted, except for the Presentence Investigation Report and the Addendum to Presentence Report, which do not appear on the docket. A portion of the requested

CALIFORNIA | COLORADO | DISTRICT OF COLUMBIA | FLORIDA | GEORGIA | MARYLAND | MASSACHUSETTS | NEW YORK
NORTH CAROLINA | SOUTH CAROLINA | TENNESSEE | WEST VIRGINIA

4851-2846-6387 v.1 054980/01500, 3:52 PM, 12/04/2020

December 7, 2020
Page 2

documents were filed under seal. We have also enclosed Judge Pamela Chen's October 29, 2020 Order granting these documents to be unsealed for the purposes of filing these materials with the Court in Costa Rica.

We have also enclosed a check made out to the US District Court of EDNY in the amount of $147.00 to cover the cost of printing and certification of these documents.

We kindly ask that you provide us with certified copies of the above-requested documents and return them to us using the enclosed self-addressed FedEx envelope. Should you have any questions or concerns, please contact one of my assistants, Alexandria Tracy, at Alexandria.tracy@nelsonmullins.com or 843-830-2553 or, Leslie Freeman, at leslie.freeman@nelsonmullins.com or 202-689-2802.

Thank you again for your assistance with this matter.

                Very truly yours,

                /s/ Samuel Rosenthal

                Samuel Rosenthal
                Counsel for Eduardo Li