E.D.N.Y.–Bklyn
15-cr-252
Chen, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of December, two thousand twenty-one.

Present:
    José A. Cabranes,
    Raymond J. Lohier, Jr.,
    William J. Nardini,
        *Circuit Judges*.

United States of America,

    *Appellee*,

v.

                              19-581 (L)
                              19-1348 (Con)

Jeffrey Webb, et al.,

    *Defendants*,

Eduardo Li, Brayan Jimenez,

    *Defendants-Appellants*.

Appellants Eduardo Li and Brayan Jimenez appeal from orders of restitution entered by the district court. The Government moves to remand the appeals on the basis that further proceedings are necessary to determine if the restitution obligations have been satisfied. The appellants do not oppose the motion. Upon due consideration, it is hereby ORDERED that the motion is GRANTED and the appeals are REMANDED. *See* 28 U.S.C. § 2106.

                              FOR THE COURT:
                              Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 12/21/2021